No. D–2637. IN RE DISCIPLINE OF RASMUSSEN. Thomas V. Rasmussen, Jr., of Salt Lake City, Utah, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2638. IN RE DISCIPLINE OF BALDWIN. James E. Baldwin, of Lebanon, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2639. IN RE DISCIPLINE OF PEEL. Gary E. Peel, of Glen Carbon, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2640. IN RE DISCIPLINE OF MARDIROSIAN. Robert M. Mardirosian, of East Falmouth, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2641. IN RE DISCIPLINE OF FROHLING. John B. M. Frohling, of Newark, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2642. IN RE DISCIPLINE OF NEEDLE. Leonard Sherman Needle, of Fair Haven, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2643. IN RE DISCIPLINE OF DORNY. Brett Nathan Dorny, of Arvada, Colo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.